The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR18-157RAJ |
|---|---|
| Plaintiff, | |
| v. | ORDER TO SEAL |
| NEAL STRINGER, aka, "Neil Stringer," | |
| Defendant. | |

Having considered the Defendant's Motion to Seal, and because of the sensitive information contained within the Defendant's Sentencing Memorandum,

IT IS HEREBY ORDERED that Defendant's Motion to Seal (Dkt. #61) is GRANTED. Defendant's Sentencing Memorandum shall remain sealed.

DATED this 12th day of April, 2019.

_____
The Honorable Richard A. Jones
United States District Judge

**ORDER TO SEAL - 1**

**MICHELE SHAW**
Attorney at Law
2125 Western Ave #330
Seattle, WA 98121
Bus (206) 448-9612
Fax (206) 319-5473
michele@micheleshawlaw.com