The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> NEIL STRINGER, <br><br> Defendant. | NO. CR18-0157 RAJ <br><br> ORDER GRANTING UNITED STATES' MOTION TO EXTEND TIME TO FILE RESPONSE |

The Court, having reviewed the Motion of the United States to extend by fourteen days the time to file a response to the defendant's *pro se* motion for a reduction in sentence, and finding good cause, hereby states that:

IT IS HEREBY ORDERED that the Motion (Dkt. # 71) is GRANTED. The United States may file its Response to Defendant's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A) on or before May 19, 2021. Defendant may file his Reply on or before June 4, 2021, and the motion shall be re-noted for June 4, 2021.

DATED this 30th day of April, 2021.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge